# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 396 WAVERLY AVENUE
# BROOKLYN, NEW YORK 11238
# PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

APRIL 2, 2024

REQUEST GRANTED.

4/2/2024   SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Wellington Eustate Espinal*, 23 Cr. 577 (LJL)

Dear Judge Liman:

      This is a request to the Court to allow Co-Counsel Jill R. Shellow to appear on my behalf at the next status conference scheduled for April 4, 2024, at 11 am.  I have a schedule conflict because I am on trial before Judge Cogan in E.D.N.Y in *the United States v. Anthony Kennedy et al 20 cr 239 (BMC)*.

      My client Mr. Espinal consents to Ms. Shellow appearing on my behalf. Thank you for the Court's time and consideration in this matter.

Respectfully,

*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery