

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 16, 2024

> REQUEST GRANTED.
> Time is excluded until October 10, 2024, under the Speedy Trial Act, on the request of the Government and with the consent of the defendants. The Court finds that the ends of justice served by the exclusion outweigh the best interests of the defendant and the public in a speedy trial in that it will permit the parties time to continue negotiations towards a potential resolution or, in the alternative, to continue to prepare for trial. 18 U.S.C. 3161(h)(7)(A).
>
> 9/18/2024   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

By Email
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Eustate Espinal, et al.*, 23 Cr. 577 (LJL)

Dear Judge Liman:

It has come to the Government's attention that because the conference schedule in the above-captioned matter has changed several times, time has been excluded only through today, September 16, 2024, even though the next conference is scheduled for October 10, 2024. Accordingly, the Government respectfully requests that time be excluded between today and October 10, 2024. Discussions between the Government and defense counsel are ongoing and such an exclusion will provide the parties with an opportunity to negotiate a pretrial resolution of the case.

Counsel for each of the defendants has consented to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Maggie Lynaugh
Chelsea Scism
Adam Sowlati
Assistant United States Attorney
Tel: (212) 637-2448/2438/2105