UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
      -v-                                                          :     23-CR-577-1&3 (LJL)
:
WELLINGTON EUSTATE ESPINAL & HERIBERTO                                 :        ORDER
EUSTATE ESPINAL,                                                       :
                  Defendants.                                    :
:
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Trial in this matter is scheduled for October 28, 2024, with a pretrial conference scheduled for October 23, 2024. April 4, 2024 Minute Entry. The parties are directed to meet and confer regarding the impact of the indictment in United States v. Lopez Reyes, et al., S8 23 Cr. 501 (JPC), on the assignment of this case to the undersigned and on those dates, including whether trial in this matter should be adjourned (with a corresponding exclusion of time on consent) pending the conclusion of trial on S8 23 Cr. 501. Letters shall be filed on the docket reflecting the respective positions of the parties no later than October 11 at 12:00 p.m.

      SO ORDERED.

Dated: October 9, 2024
       New York, New York

                                                                     LEWIS J. LIMAN
                                                           United States District Judge