UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
: 
      -v-  :  S8 23 Cr. 501 (JPC)
: 
FRANCISCO ALBERTO LOPEZ REYES, :
   a/k/a "Frank," *et al.*, :
: 
      Defendants. :
: 
------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
: 
      -v-  :  23 Cr. 577 (JPC)
: 
WELLINGTON EUSTATE ESPINAL, :
   a/k/a "Ronny," and :
HERIBERTO EUSTATE ESPINAL, :
   a/k/a "Daulin," :
: 
      Defendants. :
: 
------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
: 
      -v-  :  24 Cr. 13 (JPC)
: 
CHRISTIAN ROSADO GARCIA and LUIS PAULINO, :
: 
      Defendants. :
: 
------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
: 
      -v-  :  24 Cr. 177 (JPC)
: 
EDWARD EUSTATE JIMENEZ, :
   a/k/a "Chino," and :
WILIANYI ALMANZAR POLANCO, :
: 
      Defendants. :
: 
------------------------------------------------------------------X

```
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
             -v-                                                  :        24 Cr. 430 (JPC)
                                                                  :
MIGUEL CONCEPCION BRITO, et al.,                                  :        ORDER
                                                                  :
             Defendants.                                          :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Several of the Defendants charged in 23 Cr. 501 are also charged in the other cases listed above with similar offenses and for conduct that appears to be subsumed in the Superseding Indictment in S8 23 Cr. 501.  By October 18, 2024, the Government shall file a letter advising whether it intends to proceed with prosecuting the charges against Wellington Eustate Espinal and Heriberto Eustate Espinal in 23 Cr. 577, against Luis Paulino in 24 Cr. 13, against Edward Eustate Jimenez and Wilianyi Almanzar Polanco in 24 Cr. 177, and against Miguel Concepcion Brito, Cynthia Onega, and Jose Concepcion Brito in 24 Cr. 430, in light of the charges against those individuals in 23 Cr. 501.

SO ORDERED.

Dated: October 15, 2024
       New York, New York

                                        _____
                                                  JOHN P. CRONAN
                                             United States District Judge