UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

UNITED STATES OF AMERICA

-v-

WELLINGTON EUSTATE ESPINAL,

Defendant.

---------------------------------------------------------------------- X

23 Cr. 577 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

At Defendant's sentencing in *United States v. Wellington Eustate Espinal*, No. S8 23 Cr. 501, on June 17, 2026, the Court granted the Government's motion to dismiss all open counts against Defendant Wellington Eustate Espinal, including in this case. Accordingly, the counts in No. 23 Cr. 577 shall be dismissed as to Defendant Wellington Eustate Espinal.

SO ORDERED.

Dated: August 13, 2026
New York, New York

JOHN P. CRONAN
United States District Judge